Peter K. Strojnik, Esq. (SBN 242728)
THE LAW OFFICES OF
**PETER K. STROJNIK**
1330 The Alameda, Suite 177
San Jose, California 95126
Telephone: (408) 655-0984
Facsimile: (408) 647-1627
Email: Pksesq@aol.com

Attorney for Judgment Creditor/Plaintiff Peter Strojnik, P.C.

FILED

2007 APR 27 P 3: 36

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF NORTHERN CALIFORNIA

SAN JOSE COURT

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Professional Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CAN PAY MINING CO., INC., an Arizona Corporation; DAVID AND TERRI FLASHA, Husband and Wife; DT LIVING TRUST, co-trustees David Flasha Trustee; ABC Persons and entities I-X,<br><br>Defendants. | NO. CV 07 - 80115 MISC. JW RS<br><br>**REQUEST FOR FILING OF CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |

Plaintiff PETER STROJNIK, P.C., through its counsel, respectfully requests the Clerk of the United States District Court for the District of Northern California to file the enclosed CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT. Judgment for Plaintiff was entered on January 25, 2007 against Defendants Can Pay Mining Co., Inc., David Flasha, and DT Living Trust in cause number 05-0637 PHX ROS in the United States District Court for the District of Arizona ("Judgment"). A full and correct copy of the Judgment is attached hereto, marked Exhibit "A", and made a part hereof by reference. Plaintiff desires to domesticate the Judgment in the

-1-

1  District of Northern California in accordance with the Full Faith and Credit Clause of Article IV,
2  Section I of the United States Constitution.

4  Respectfully Tendered this 26th Day of April, 2007.

6  **THE LAW OFFICES OF**
7  **PETER K. STROJNIK**

9  _____
   By: Peter K. Strojnik
10 Attorney for Plaintiff Peter Strojnik, P.C.

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611000884
Cashier ID: morriss
Transaction Date: 04/27/2007
Payer Name: Peter K. Strojnik
----------------------------------
MISCELLANEOUS PAPERS
 For: Peter K. Strojnik
 Case/Party: D-CAN-5-07-MC-080115-001
 Amount:         $39.00
----------------------------------
CHECK
 Check/Money Order Num: 1356
 Amt Tendered:   $39.00
----------------------------------
Total Due:       $39.00
Total Tendered:  $39.00
Change Amt:       $0.00

case number 07-80115-JW

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```